IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 DEC 16 PM 1:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| GARY JERMAINE FREEMAN, | ) |
| Plaintiff, | ) |
| vs. | ) CV 02-H-1581-NE |
| VALLEY FOOD SERVICE and THE DECATUR CITY JAIL, | ) |
| Defendants. | ) |

ENTERED
DEC 16 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 12, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate further recommended that any state law claims be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Any state law claims are due to be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

DATED this 16th day of December, 2002.

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE

